IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| KENNETH McINTIRE, individually and as Surviving spouse and executor of the estate of Martha McIntire, deceased,<br><br>        Plaintiff,<br><br>  v.<br><br>RIVEN E. VENTURA, et al.,<br><br>        Defendants. | CV 420-0319 |

**O R D E R**

Before the Court are Defendants PACCAR, Inc., ("PACCAR") and M&M Carrier Trucking, Inc., ("M&M") motions to withdraw their motions to dismiss. (Doc. nos. 49, 69.) Upon consideration, the Court **GRANTS** the motions and **DIRECTS** the **CLERK** to terminate PACCAR and M&M's motions to dismiss. (Doc. nos. 14, 16.)

SO ORDERED this 4th day of February, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA