IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KENNETH MCINTIRE, Individually, and as Surviving Spouse and Executor of the Estate of MARTHA MCINTIRE, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>DONNIE W. DESUE; URS MIDWEST, INC. d/b/a UNITED ROAD ANDUNITED ROAD SERVICES, INC.; ROMULUS INSURANCE RISK RETENTION GROUP, INC.; PACCAR, INC.; COTTRELL, INC.; and JOHNDOE CORPORATIONS A-Z,<br><br>    Defendants. | CIVIL ACTION NO.: 4:20-cv-319 |

**O R D E R**

Before the Court is Plaintiff's Motion to Dismiss with Prejudice, wherein Plaintiff states that the parties have agreed to settle and resolve all remaining claims brought by Plaintiff and that Plaintiff therefore moves the Court to dismiss the action with prejudice. (Doc. 254.) In the Motion, Plaintiff notes that he had obtained consent for dismissal with prejudice from some but not all of the remaining Defendants. (Id. at p. 1 n.1.) More than fourteen days have passed since the filing of the Motion and no parties have filed any sort of response opposing the request for dismissal with prejudice or requesting any terms for the dismissal. Accordingly, the Court **GRANTS** the

motion, (doc. 254), **DISMISSES** the action **WITH PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

    **SO ORDERED**, this 17th day of October, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA